Order on Chapter 13 Debtor's Motion – Page 1                                F 3015-1.14

| In re: | CHAPTER 13 |
|---|---|
| **VIOLET GUERRERO** | CASE NUMBER  10-26679-MJ |
| Debtor(s). | |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>Rod Danielson<br>4361 Latham Street, Ste. 270<br>Riverside, CA 92501<br>O (951) 826-8000<br>F (951) 826-8090<br><br>☐ Attorney for<br>☐ Pro Se Debtor<br>X Chapter 13 Trustee | FOR COURT USE ONLY<br><br>**FILED**<br>JUN 0 1 2011<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk<br><br>**ENTERED**<br>JUN 0 1 2011<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER  10-26679-MJ |
| In re:<br><br>**VIOLET GUERRERO**<br><br>**LODGED**<br>MAY 2 5 2011<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk<br><br>Debtor(s). | (No Hearing Required) |

## ORDER DISMISSING CHAPTER 13 CASE

The court having reviewed the Trustee's declaration in support of motion to dismiss and being familiar with the contents of the court's file and good cause appearing:

IT IS HEREBY ORDERED that the Trustee's motion is GRANTED, and the case is dismissed, without prejudice.

Dated: JUN 0 1 2011

_____
UNITED STATES BANKRUPTCY JUDGE